UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Civil Action No. 10-11786-RWZ/~~EBB~~ <br>) |
| EASTERN BANK CHECK NO. 0348 IN THE AMOUNT OF $50,000.00 IN UNITED STATES CURRENCY and EASTERN BANK CHECK NO. 271 IN THE AMOUNT OF $50,000.00 IN UNITED STATES CURRENCY | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. <br> BRIAN BAEZ, <br> Claimant. | )<br>)<br>) |

## PARTIAL FINAL JUDGMENT AND ORDER OF FORFEITURE

Zobel
~~SOROKIN, C.M~~.J.

This Court, having allowed the parties Joint Motion for Partial Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the Parties is hereby entered for the forfeiture to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2), of $36,000.00 of Eastern Bank Check No. 271 in the amount of $50,000.00 in United States Currency seized on May 7, 2010 from the Bristol County Superior Court Clerk's Office, New Bedford Division, and deposited into the bail account at Bristol County as bail for Bryant Baez (the "Forfeited Currency").

2. The Forfeited Currency shall be disposed of by the United States Marshals Service pursuant to the Settlement Agreement entered into between the United States and claimant Bryant Baez, and pursuant to applicable law.

3. After entry of this Order, and in accordance with the Settlement Agreement

entered into between the United States and claimant Bryant Baez, and in accordance with United States Marshals Service policy regarding the return of property, the United States shall release $14,000.00 of Eastern Bank Check No. 271 in the amount of $50,000.00 in United States Currency seized on May 7, 2010 from the Bristol County Superior Court Clerk's Office, New Bedford Division, and deposited into the bail account at Bristol County as bail for Bryant Baez, less any debt owed to the United States or any agency of the United States, or any debt which the United States is authorized to collect.

4. Any claim of interest of any other parties claiming any right, title, or interest in or to the Forfeited Currency is hereby held in default and dismissed.

5. This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment. Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 13th day of August, 2012.

_____
LEO T. SOROKIN
United States District Court
~~Chief Magistrate Judge~~

2