UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>　　v.<br><br>EASTERN BANK CHECK NO. 0348<br>IN THE AMOUNT OF $50,000.00 IN UNITED<br>STATES CURRENCY and EASTERN BANK<br>CHECK NO. 271 IN THE AMOUNT OF<br>$50,000.00 IN UNITED STATES CURRENCY<br>_____<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 10-11786-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ZOBEL, D.J.**

### FINAL JUDGMENT AND ORDER OF FORFEITURE
### OF EASTERN BANK CHECK NO. 348

This Court having allowed plaintiff's Motion for Entry of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1.　　That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2.　　That the defendant property, described asEastern Bank Check No. 0348, valued at $50,000.00 in United States currency, seized on April 21, 2010 from the Clerk of the Essex Division of the Superior Court, Salem Division, as bail money for William Cotto ("Check No. 348") is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6);

3.　　That any claims of interest of William Cotto and any other parties claiming any

1

right, title, or interest in or to Check No. 348, are hereby held in default and dismissed, having been defaulted on May 23, 2012;

4. That the United States of America, through the United States Marshals Service, shall retain Check No. 348 in its secure custody and control, and shall dispose of it in accordance with law; and

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

*/s/ Ryan W. Zobel*
RYAN W. ZOBEL
United States District Judge

Dated: 8/13/12